*IN THE UNITED STATES DISTRICT COURT FOR THE*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

UNITED STATES OF AMERICA         Date: JUNE 30, 2023

vs.         Case No. 23-3063-01-CR-S-BCW

KEVIN LONG

Honorable David P. Rush, presiding at Springfield

Nature of Hearing: Initial Appearance on Indictment

Time Commenced: 10:25 A.M.      Time Terminated: 10:27 A.M.

APPEARANCES

PLAINTIFF: Shannon Kempf and Ami Miller, AUSA
DEFENDANT: N/A
USPPTS: Damon Mitchell

Proceedings: Parties appear as stated above. Defendant appears as indicated above. Government's oral motion to unseal the Indictment is granted and the Indictment is ordered unsealed. The defendant has been provided a copy of the Indictment and the Court informs the defendant of right to counsel. Upon Defendant's request, the Court will appoint counsel to represent the defendant in this case. Government moves for detention.

Arraignment, Scheduling Conference and Detention Hearing set for Thursday, July 6, 2023, at 10:30 a.m. before Chief Magistrate Judge Rush.

Defendant in custody.

ERO/COURTROOM DEPUTY: Karen Siegert