# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 23-3063-01-CR-S-BCW |
| ) | |
| KEVIN LONG, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Comes now Brian Risley, Assistant Federal Public Defender, and hereby enters his appearance as counsel on behalf of Defendant, Kevin Long, in the above-entitled cause of action.

        Respectfully submitted,

        */s/ Brian Risley*
        **BRIAN D. RISLEY**
        Assistant Federal Public Defender
        901 St. Louis Street, Suite 801
        Springfield, Missouri 65806
        (417) 873-9022
        Attorney for Defendant

June 30, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case.

*/s/ Brian D. Risley*
**BRIAN D. RISLEY**